VIRGINIA KERNOCHAN et al., Appellants, v. HENRY FALK, Doing Business as RELIANCE TRUCK RENTALS, et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

PEARL MAJKA, as Administratrix of the Estate of JOSEPH F. MAJKA, Deceased, Respondent, v. JOHN ARBORIO, INC., Appellant, et al., Defendants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

FRANK E. NASH, Doing Business as FRANK E. NASH FENCE COMPANY, Appellant, v. HARRY KORNBLUM, Doing Business as CAMP MOHEGAN, Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur. [20 Misc 2d 416.]